FRED J. FISHER, Respondent, v. CURTIS PUBLISHING COMPANY et al., Appellants.— Defendants would appear to be entitled to examine the plaintiff despite the fact that the plaintiff has the affirmative of the issues (*Dorros, Inc.,* v. *Dorros Bros.,* 274 App. Div. 11). Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion granted. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

■

MARY WAGNER, Respondent, v. D. WARD NICHOLS, as Presiding Bishop of the First Episcopal District of the African Methodist Episcopal Church and as Presiding Officer of Each of the Conferences Comprised Thereunder, et al., Appellants.— Order unanimously modified by granting item 8 of the demand for a bill of particulars and, as so modified, affirmed, without costs, and without prejudice to a renewal of the motion for a discovery and inspection if an examination of the photostats shows the necessity for an inspection of the originals. No opinion. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

■

DANIEL STISO, Plaintiff, v. 165 BROADWAY BUILDING, INC., Defendant and Third-Party Plaintiff-Appellant. WEISSBERGER MOVING AND STORAGE CO., INC., Third-Party Defendant-Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

■

VIOLET M. RODMAN, Respondent, v. ELNATHAN S. RODMAN, Appellant.— Order unanimously modified to the extent of referring the issues in dispute to an official referee to hear and report to the Special Term with his recommendations and, as so modified affirmed, without costs. Pending the coming in of the official referee's report, the motion proper should be held in abeyance by the Special Term. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN E. BERRY, Appellant, against THOMAS McDONNELL, as Warden of the Penitentiary of the City of New York, Respondent.— Order unanimously affirmed. No opinion. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.

■

In the Matter of KURT E. FONTHEIM, Respondent, against 551 FIFTH AVENUE, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Glennon, J. P., Cohn, Callahan, Shientag and Heffernan, JJ.